UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| DAWN M. BORN,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | 3:21-cv-03010-MAM<br><br>**ORDER GRANTING ATTORNEY FEES AND EXPENSES TO PLAINTIFF** |

The parties agree to an award of attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Therefore, it is

ORDERED that the Commissioner will pay to Plaintiff reasonable attorney fees in the amount of $10,585.25 (representing $9,939.20 attorney fees and $646.05 in South Dakota sales tax) and $21.60 in EAJA expenses for postage.

IT IS FURTHER ORDERED that if it is determined upon effectuation of the Court's EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. If there is a debt owed under the Treasury Offset Program, the remaining fee after offset will be paid by a check made out to Plaintiff, c/o the Plaintiff's Attorney, and delivered to the attorney.

Dated this 9th day of September, 2022.

BY THE COURT:

*[signature]*
MARK A. MORENO
United States Magistrate Judge